

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 283RD JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 14th day of May, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| ISRAEL JOSE BALDERAS, Appellant | On Appeal from the 283rd Judicial District Court, Dallas County, Texas, |
| No. 05-14-00900-CR      V. | Trial Court Cause No. F-1333607-T. Opinion delivered by Justice Fillmore, |
| THE STATE OF TEXAS, Appellee | Justices Bridges and Brown participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 14th day of December, 2015.

_____
LISA MATZ, Clerk